# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

Ashleigh Mackin, Individually,

    Plaintiff(s),

    -vs-                                               No. CIV 21-01052 WJ/KRS

OM Sai Corporation, a New Mexico Corporation, et al.,

    Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of January 12, 2022, that Defendant Zia Santa Fe, LLC, against whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

**I, MITCHELL R. ELFERS**, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of Defendant Zia Santa Fe, LLC.

DATED at Albuquerque, New Mexico, this 12th day of January, 2022.

                                      /s/MITCHELL R. ELFERS
                                    **MITCHELL R. ELFERS**
                                    **CLERK, U. S. DISTRICT COURT**